# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| GRA Liquidation, Inc., *et. al*.,[1] | : | Case No. 09-10170 (KJC) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |
| George L. Miller, Chapter 7 Trustee for the estates of GRA Liquidation, Inc., *et al*., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 11-51892 (KJC) |
| v. | : | |
| | : | |
| HSBC Business Solutions, | : | |
| | : | |
| Defendant. | : | |

## SUMMONS AND NOTICE OF PRETRIAL
## CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of Clerk:    824 Market Street, 3rd Floor
                                        Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.
Name and Address of Plaintiff's Attorneys:

| | |
|---|---|
| CIARDI CIARDI & ASTIN<br>Shannon D. Leight (No. 4115)<br>919 N. Market St., Suite 700<br>Wilmington, DE 19801<br>Tel: (302) 658-1100<br>Fax: (302) 658-1300 | CIARDI CIARDI & ASTIN<br>Albert A. Ciardi, III<br>One Commerce Square, Suite 1930<br>2005 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 557-3550<br>Fax: (215) 557-3551 |

---

[1] The Debtors in these cases are GRA Liquidation, Inc. (f/k/a Pecus ARG Holding, Inc.) Tax ID. No. xx-xxx9860; GRA Enterprises Liquidation, Inc. (f/k/a ARG Enterprises, Inc.) Tax ID. No. xx-xxx2296; and PMC Liquidation Corporation (f/k/a ARG Property Management Corporation) Tax ID. No. xx-xxx2425.

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address:  United States Bankruptcy Court  Room: 5th Floor, Courtroom 5
824 Market Street
Wilmington, Delaware 19801  Date and Time: **October 20, 2011**
**at 1:30 p.m.** (prevailing Eastern Time)

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**United States Bankruptcy Court for the District of Delaware**

/s/ David D. Bird
*Clerk of the Bankruptcy Court*

Date: August 19, 2011

2