# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| GRA Liquidation, Inc., *et. al.*,[1] | : Case No. 09-10170 (KJC) |
| Debtors. | : Jointly Administered |
| George L. Miller, Chapter 7 Trustee for the estates of GRA Liquidation, Inc., *et al.*, | : |
| Plaintiff, | : |
| v. | : Adv. Pro. No. 11-51892 (KJC) |
| HSBC Business Solutions, | : |
| Defendant. | : |

## AFFIDAVIT OF SERVICE

Joseph L. King, being duly sworn according to law, deposes that he is employed by Delaware Claims Agency, LLC and that on or before August 19, 2011, he caused a true and correct copy of the documents listed below to be served upon the following parties *via* first-class U. S. mail, postage fully prepaid:

1. *Complaint;*

2. *Summons and Notice of Pretrial Conference in an Adversary Proceeding;* and

3. *Notice of Dispute Resolution Alternatives*

---

[1] The Debtors in these cases are GRA Liquidation, Inc. (f/k/a Pecus ARG Holding, Inc.) Tax ID. No. xx-xxx9860; GRA Enterprises Liquidation, Inc. (f/k/a ARG Enterprises, Inc.) Tax ID. No. xx-xxx2296; and PMC Liquidation Corporation (f/k/a ARG Property Management Corporation) Tax ID. No. xx-xxx2425.

| | |
|---|---|
| HSBC BUSINESS SOLUTIONS<br>OFFICER OR AGENT AUTHORIZED TO<br>ACCEPT SERVICE<br>C/O BEST BUY<br>P O BOX 5229<br>CAROL STREAM, IL 60197 | HSBC BUSINESS SOLUTIONS<br>CT CORPORATION SYSTEM<br>REGISTERED AGENT<br>111 EIGHTH AVENUE<br>NEW YORK, NY 10011 |
| HSBC BUSINESS SOLUTIONS<br>BRENDAN MCDONAGH, CEO<br>452 FIFTH AVENUE<br>NEW YORK, NY 10018 | HSBC BUSINESS SOLUTIONS<br>C/O HSBC - NORTH AMERICA, OFFICER<br>OR AGENT AUTHORIZED TO ACCEPT<br>SERVICE<br>2700 SANDERS ROAD<br>PROSPECT HEIGHTS, IL 60070 |

_____
Joseph L. King
230 North Market Street, 2nd Floor
Wilmington, DE 1980

SWORN AND SUBSCRIBED before me

this 22nd day of August, 2011

_____
Notary Public